UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CANDICE GRONBERG,

         Plaintiff,

  -v-

SENSIO COMPANY INC. *et al.*,

         Defendants.

24 Civ. 387 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

  The Court has received the motion to compel filed by plaintiff Candice Gronberg, which seeks subpoena responses from non-party Intertek. Dkts. 56–58. The Court hereby orders a response from Intertek, filed to ECF no later than Wednesday, May 14, 2025. Because Intertek is not a party to this action, the Court further orders Candice Gronberg to furnish to Intertek forthwith a copy of this order, along with the motion and supporting documentation filed at Dockets 56–58, and, should Intertek choose to make a separate filing, to file it, or cause it to be filed, to ECF on its behalf.

  SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 7, 2025
   New York, New York