UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CANDICE GRONBERG,

                              Plaintiff,

      -v-

SENSIO COMPANY INC. *et al.*,

                             Defendants.

24 Civ. 387 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 6, 2025, plaintiff Candice Gronberg filed a motion to compel non-party Intertek to comply with a subpoena issued to Intertek on February 12, 2025. *See* Dkt. 58. On May 7, 2025, the Court ordered Intertek to respond to the subpoena by May 14, 2025, and directed Gronberg to furnish to Intertek a copy of the order, along with the motion and supporting documentation filed at Dockets 56–58. Dkt. 59. Gronberg filed an affidavit averring that she served Intertek on May 8, 2025, as directed by the Court. Dkt. 60. To date, Intertek has not appeared in the case.

The Court has reviewed Gronberg's motion and supporting papers, and finds that the subpoena and motion to compel were properly served on Intertek; that the discovery sought is relevant and proportional to the needs of the case; that Intertek is fully aware of the subpoena and the motion to compel; and that Intertek has waived any objections to the subpoena. Accordingly, the Court grants Gronberg's motion to compel.

Intertek shall fully comply with the Subpoena by June 11, 2025. By May 26, 2025, Gronberg shall serve by overnight mail a copy of this order Intertek and file proof of service of same by May 28, 2025. The Clerk of Court is directed to terminate the motion at Docket 56

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: May 21, 2025
       New York, New York